James Lawrence SMITH, Plaintiff–Appellant,

v.

CITY OF ASHEVILLE; Det. Scott Piper; Hon. Calvin Hill; Hon. Julie Kepple; Hon. Ed Clontz; Hon. Samuel Cathey; Hon. Patricia Young; Martha Elizabeth Grist, Defendants–Appellees.

No. 14–2297.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 20, 2015.

James Lawrence Smith, Appellant Pro Se.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lawrence Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Smith v. City of Asheville,* No. 1:14–cv–00295–MR–DLH (W.D.N.C. Nov.

14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*